# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129861

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

YVONNE TROST, Next Friend of MEGAN ARP,
Minor,

      Plaintiff-Appellant,

v

FRED MILZ,
      Defendant-Appellee,

and

MICHAEL SCHUSTER and GARDEN CITY
PUBLIC SCHOOLS,
      Defendant.

_____/

SC: 129861
COA: 261715
Wayne CC: 03-321303-NO

On order of the Court, the application for leave to appeal the September 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

p0315